UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT A NOLASCO, in his individual and representative capacity as Trustee--Nolasco 2007 Family Trust;<br>GAYLE B NOLASCO, in her individual and representative capacity as Trustee--Nolasco 2007 Family Trust;<br>AIRPORT VAN RENTAL, INC., a California Corporation; and Does 1-10,<br><br>          Defendants, | Case No.: 2:14-CV-02764-MCE-CKD<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES & ORDER THEREON** |

## ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

**Dated: March 30, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT