UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | No. 2:14-cv-02764-MCE-CKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT A. NOLASCO, et al., | |
| Defendants. | |

Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 8) and Federal Rule of Civil Procedure 41(a)(2), this case is DISMISSED with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 13, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT